**ELLIOT v. N.C. DEPT. OF HUMAN RESOURCES**

[341 N.C. 191 (1995)]

REBA C. ELLIOT, GUARDIAN FOR BOBBY G. CASSTEVENS, Petitioner v. NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES, Respondent

No. 466A94

(Filed 28 July 1995)

Appeal by petitioner pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 115 N.C. App. 613, 446 S.E.2d 809 (1994), affirming an order entered by Long, J., on 30 December 1992 in Superior Court, Stokes County. Heard in the Supreme Court 20 June 1995.

*Legal Aid Society of Northwest North Carolina, Inc., by Joseph P. Henry and Cynthia Fenimore, for petitioner-appellant.*

*Michael F. Easley, Attorney General, by Claud R. Whitener, III, and Belinda A. Smith, Assistant Attorneys General, for respondent-appellee.*

PER CURIAM.

AFFIRMED.